UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:21-cr-69/MCR

KENDALL DEWAYNE THOMPSON
_____/

### ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, KENDALL DEWAYNE THOMPSON, to Counts 1 and 2 of the first superseding indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 29th day of October, 2021

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**